# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**CHARLES LAZONE HOLLYWOOD**                                    **PETITIONER**
Reg #35787-044

VS.                    CASE NO.: 2:15CV00113 JM/BD

**C. V. RIVERA, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                          **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Petitioner Charles Lazone Hollywood's petition for writ of habeas corpus (#1) is DISMISSED without prejudice, this 26th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE